```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**GEOFFREY NEAL BLAKE**                                          **PLAINTIFF**

**v.**                       **Civil No. 09-5154**

**BENTON COUNTY DETENTION**
**FACILITY; and BENTON COUNTY**
**SHERIFF'S DEPARTMENT**                                        **DEFENDANTS**

## O R D E R

Now on this 11th day of September, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #3, filed July 27, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Application to proceed *in forma pauperis* (IFP) is hereby **denied**.

**IT IS SO ORDERED.**

                                    **/s/Jimm Larry Hendren**
                                    **HON. JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**